UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:21-mj-04222-AOR

UNITED STATES OF AMERICA

vs.

WILLI ARIEL MENDEZ,
ADALBERTO MARMOLEJOS, and
JOSE FELIX VASQUEZ,

      Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __ Yes _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? __ Yes _X_ No

                                      Respectfully submitted,
                                      JUAN ANTONIO GONZALEZ
                                      UNITED STATES ATTORNEY

By: _____
       RICHARD E. GETCHELL
       Assistant United States Attorney
       FLA. BAR NO. 817643
       11200 N.W. 20th Street
       Miami, Florida 33172
       (305) 715-7647
       (786) 564-9126 (cell)
       richard.getchell@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>WILLI ARIEL MENDEZ,<br>ADALBERTO MARMOLEJOS, and<br>JOSE FELIX VASQUEZ,<br><br>*Defendant(s)* | Case No. 1:21-mj-04222-AOR |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
Beginning on an unknown date and continuing through on or about __October 31, 2021__, upon the high seas and elsewhere outside the jurisdiction any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute 5 kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503; all in violation of 46 U.S.C. § 70506(b). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

S/A ALEC M. SANCHEZ
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 11/15/21

*Judge's signature*

City and state: Miami, Florida

Alicia M. Otazo-Reyes, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Alec M. Sanchez, being duly sworn, hereby depose and state as follows:

1. I am employed as a Drug Enforcement Administration (DEA) Special Agent since 2018. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Willi Ariel MENDEZ, Adalberto MARMOLEJOS, and Jose Felix VASQUEZ,** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about October 31, 2021, a Maritime Patrol Aircraft located a go-fast vessel (GFV) approximately 95 nautical miles north of Oranjestad, Aruba in international waters and upon the high seas. The GFV had three individuals on board, no indicia of nationality, one outboard motor,

and visible fuel barrels on deck. The HNLMS HOLLAND, which was in the area with U.S. Law Enforcement Detachment (LEDET) 109 on board, was diverted to investigate.  Once in the vicinity, HNLMS HOLLAND launched a helicopter overhead and two small boats with U.S. LEDET 109 boarding teams. Upon arrival at the scene of the GFV, boarding team 1 (BT-1) observed the GFV jettisoning packages overboard. BT-1 continued in pursuit of the GFV as BT-2 recovered the jettisoned packages. BT-1 was able to gain positive control of the GFV with no use of force deployed. Three individuals were on board who were later identified as **Willi Ariel MENDEZ, Adalberto MARMOLEJOS, and Jose Felix VASQUEZ.**  One of the individuals on board was identified as the master and made a verbal claim of Dominican Republic nationality for the vessel. The Government of the Dominican Republic was contacted and could neither confirm nor deny registry for the GFV. The GFV was treated as a vessel without nationality, therefore, subject to the jurisdiction of the United States.

4. BT-2 recovered a total of nine (9) bales from the water with a total at sea weight of approximately 265 kilograms of suspected cocaine.  Two field-tests were conducted on the contraband which yielded positive result for cocaine.  All three individuals, along with the suspected cocaine, were transferred to the HNLMS HOLLAND.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

5. Based on the foregoing facts, I submit that probable cause exists to believe **Willi Ariel MENDEZ, Adalberto MARMOLEJOS, and Jose Felix VASQUEZ**, did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

FURTHER AFFIANT SAYETH NAUGHT.

_____
SPECIAL AGENT ALEC M. SANCHEZ
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this  15th  day of November, 2021.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

3